UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Francoise C. Martin-Pedigo

Debtor(s)

Case No.:  04 B 13071

Chapter:  13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan Ave., Suite 1300, Chicago, IL 60604-
Francoise C. Martin-Pedigo, Debtor(s), 1255 North Clark Unit 711, Chicago, IL 60610
Ernesto D. Borges JR, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602

You are hereby notified that WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, FKA NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REGISTERED HOLDERS OF OPTION ONE MORTGAGE LOAN TRUST 2000-A, ASSET BACKED CERTIFICATES; SERIES 2000-A, WITHOUT RECOURSE. has made post-petition advances of $975.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.  Debtor also remains due for any post-petition mortgage payments not yet made.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 11/01/2008, WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, FKA NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REGISTERED HOLDERS OF OPTION ONE MORTGAGE LOAN TRUST 2000-A, ASSET BACKED CERTIFICATES; SERIES 2000-A, WITHOUT RECOURSE.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on October 2, 2008.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-01-4417)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Case 04-13071    Doc 79    Filed 10/02/08    Entered 10/02/08 15:44:47    Desc Main
                        Document      Page 2 of 2